**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RODRIGO TREVINO, | * | |
| *Plaintiff*, | * | |
| v. | * | No. 8:24-cv-03264-TDC |
| UNIVERSITY OF MARYLAND COLLEGE PARK, ET AL., | * | |
| | * | |
| *Defendants*. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' MOTION TO DISMISS COUNTS II, IV, VI, AND VIII

Defendants University of Maryland College Park, Doron Levy, Sandra Cerrai, and Richard Wentworth, through counsel, move to dismiss Counts II, IV, VI and VIII of the complaint (ECF No. 1) under Federal Rules of Civil Procedure 12(b)(1) and (6) for the reasons more fully stated in the accompanying memorandum in support of the motion.

Respectfully submitted,

*s/ Michael E. Rowan*
MICHAEL E. ROWAN
Federal Bar No. 27660
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202
mrowan@oag.state.md.us
(410) 576-6476
(410) 576-6437 (facsimile)

January 21, 2025                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on this 21st day of January, 2025 the foregoing was served by CM/ECF on all registered CM/ECF users.

 

                                                    *s/ Michael E. Rowan*
                                                    MICHAEL E. ROWAN