IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RODRIGO TREVINO, | * |
| *Plaintiff*, | * |
| v. | *   No. 8:24-cv-03264-TDC |
| UNIVERSITY OF MARYLAND COLLEGE PARK, ET AL., | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth in Defendants' Motion to Dismiss and supporting memorandum, Plaintiff's opposition, and the reply, it is hereby ORDERED:

1. That Defendants' Motion is GRANTED; and

2. The Counts II, IV, VI, and VIII of the Complaint are dismissed with prejudice.

_____
The Honorable Theodore D. Chuang
United States District Court