UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

RODRIGO TREVINO,

    Plaintiff,

v.

UNIVERSITY OF MARYLAND, COLLEGE PARK,
DORON LEVY,
SANRA CERRAI and
RICHARD WENTWORTH,

    Defendants.

Civil Action No. TDC-24-3264

## ORDER

On January 21, 2025, Defendants filed a Motion to Dismiss. The Case Management Order states that "[n]o motions may be filed without first seeking a Pre-Motion Conference with the Court." Case Management Order § II.A.1, ECF No. 4. Defendants have not sought a pre-motion conference with the Court.

Accordingly, it is hereby ORDERED that:

1. The Motion to Dismiss, ECF No. 15, is DENIED WITHOUT PREJUDICE.

2. If Defendants seek to file a motion, Defendants must file a Notice of Intent to File a Motion pursuant to section II.A.2 of the Case Management Order.

Date: January 22, 2025

THEODORE D. CHUANG
United States District Judge