UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

RODRIGO TREVINO,

    Plaintiff,

v.

UNIVERSITY OF MARYLAND, COLLEGE PARK,
DORON LEVY,
SANDRA CERRAI and
RICHARD WENTWORTH,

    Defendants.

Civil Action No. 24-3264-TDC

## ORDER

For the reasons stated during the February 21, 2025 Case Management Conference, it is hereby ORDERED that:

1. Plaintiff Rodrigo Trevino is granted leave to file an amended complaint by **Friday, February 28, 2025**.

2. Defendants shall file the partial Motion to Dismiss described in ECF No. 17, along with an Answer to the counts of the Amended Complaint not addressed in the Motion, by **Friday, March 14, 2025.**

3. Plaintiff's Opposition to the Motion is due by **Friday, April 11, 2025**.

4. Any reply brief is due by **Friday, April 25, 2025**.

5. Defendants' Motion for Extension of Time, *Nunc Pro Tunc*, to File Response to Complaint, ECF No. 18, is DISMISSED AS MOOT.

Date: February 28, 2025

THEODORE D. CHUANG
United States District Judge