# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| RODRIGO TREVINO,<br><br>  Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MARYLAND, COLLEGE PARK,<br>DORON LEVY,<br>SANDRA CERRAI and<br>RICHARD WENTWORTH,<br><br>  Defendants. | Civil Action No. 24-3264-TDC |

## ORDER

Defendant University of Maryland, College Park having withdrawn its Motion for Protective Order Regarding Confidentiality of Discovery Materials, it is hereby ORDERED that the Motion, ECF No. 35, is WITHDRAWN.

Date: June 2, 2025

_____
THEODORE D. CHUANG
United States District Judge