UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

RODRIGO TREVINO,

    Plaintiff,

v.

UNIGVERSITY OF MARYLAND
COLLEGE PARK,
DORON LEVY,
SANDRA CERRAI and
RICHARD WENTWORTH,

    Defendants.

Civil Action No. 24-3264-TDC

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss, ECF No. 30, is GRANTED IN PART and DENIED IN PART, in that the Motion is granted as to the Fourteenth Amendment due process claim in Count 7, which is DISMISSED, but denied as to the First Amendment retaliation claim in Count 7.

2. Defendants Doron Levy, Sandra Cerrai, and Richard Wentworth are directed to file an Answer to the First Amendment claim in Count 7 of the Amended Complaint within **14 days** of the date of this Order.

Date: August 1, 2025

THEODORE D. CHUANG
United States District Judge