# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

RODRIGO TREVINO,

   Plaintiff,

v.

UNIVERSITY OF MARYLAND
COLLEGE PARK,
DORON LEVY,
SANDRA CERRAI and
RICHARD WENTWORTH,

   Defendants.

Civil Action No. 24-3264-TDC

## ORDER

Defendants University of Maryland College Park, Doron Levy, Sandra Cerrai, and Richard Wentworth have filed a Motion to Stay Discovery. ECF No. 43. Upon review of the Motion, it is hereby ORDERED that Defendants' Motion to Stay Discovery, ECF No. 43, is GRANTED IN PART and DENIED IN PART, in that discovery and all related deadlines in the Court's Modified Scheduling Order, ECF No. 28, are stayed for **60 days** from the date of this Order, subject to renewal upon a motion by the parties.

Date: October 9, 2025



THEODORE D. CHUANG
United States District Judge